**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00249-LTB-KLM

ROGER SEALY and
JACQUELYN SEALY, individually and as husband and wife,

    Plaintiffs,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,
PATTERSON-UTI DRILLING COMPANY LP, a Delaware limited liability partnership, and
LENNY ZESCHIN,

    Defendants.
_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant Union Pacific Railroad Company's Unopposed Motion to Amend Answer by Adding Cross-Claim (Doc 20 - filed June 11, 2008) is **GRANTED**. The tendered Amended Answer is accepted for filing.

Dated: June 12, 2008
_____