IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00249-LTB-KLM

ROGER SEALY, and
JACQUELYN SEALY, individually and as husband and wife,

    Plaintiffs,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation;
PATTERSON-UTI DRILLING COMPANY, LP, a Delaware limited liability partnership, and
LENNY ZESCHIN,

    Defendants.
_____

## ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court pursuant to **Defendants Lenny Seschin and Patterson-UTI Drilling Company's Motion for Examination of Plaintiff Pursuant to Fed. R. Civ. P. 35** [Docket No. 24; Filed July 11, 2008] (the "Motion"). Plaintiffs filed a response on July 24, 2008 [Docket No. 27], and Defendants filed a reply on July 30, 2008 [Docket No. 33].

The Motion seeks permission to conduct a medical examination of Plaintiff Roger Sealy. Plaintiffs acknowledge that Plaintiff Roger Sealy's physical condition is in controversy, but argue that Defendants fail to provide good cause for the Court to order a physical examination. Plaintiffs appear to suggest that because they provided medical records to Defendants and Defendants obtained an expert who reviewed those records and prepared a report, it would be unfair to allow Defendants a second expert to examine Plaintiff and testify on substantially similar matters. *Response* [#27] 2-4. Defendants

counter that a review of the medical records did not fully apprise them of the full extent of Plaintiff Roger Sealy's alleged injuries.  *Reply* [#33] at 1-2.  The Court finds that Plaintiffs' arguments lack merit.

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Pursuant to Fed. R. Civ. P. 35(a)(2)(B), Plaintiff Roger Sealy shall undergo an independent medical examination conducted by Dr. Robert Watson on August 7, 2008 at 10:00 a.m. at 8200 E. Belleview, #428-C, Greenwood Village, Colorado.  The examination regarding Plaintiff Roger Sealy's alleged injuries shall consist of a physical examination with invasive questioning and shall be concluded in no more than three (3) hours.

Dated: July 31, 2008

BY THE COURT:

 s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix