IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00249-LTB-KLM

ROGER SEALY, and
JACQUELYN SEALY, individually and as husband and wife,

    Plaintiffs,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation;
PATTERSON-UTI DRILLING COMPANY, LP, a Delaware limited liability partnership, and
LENNY ZESCHIN,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Union Pacific Railroad Company's Motion to Extend Deadline for Filing Dispositive Motions** [Docket No. 38; Filed December 9, 2008] (the "Motion"). Plaintiffs do not oppose the relief requested in the Motion.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on May 7, 2008 [Docket No. 17] is modified to extend the dispositive motions deadline to **January 30, 2009**.

Dated: December 11, 2008