IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00249-LTB-KLM

ROGER SEALY and
JACQUELYN SEALY, individually and as husband and wife,

    Plaintiffs,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation;
PATTERSON-UTI DRILLING COMPANY, LP, a Delaware limited liability partnership, and
LENNY ZESCHIN,

    Defendants.

___

### ORDER OF PARTIAL DISMISSAL
___

THIS MATTER having come before the Court on the Stipulation for Dismissal of Claims between Plaintiffs and Defendants Patterson-UTI Drilling Company, LP, and Lenny Zeschin (Doc 42 - filed December 15, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendants Patterson-UTI Drilling Company, LP and Lenny Zeschin only,** each party to pay their own fees and costs.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED:   December 16, 2008