**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00249-LTB-KLM

ROGER SEALY and
JACQUELYN SEALY, individually and as husband and wife,

      Plaintiffs,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation;
PATTERSON-UTI DRILLING COMPANY, LP, a Delaware limited liability partnership, and
LENNY ZESCHIN,

      Defendants.

___

**ORDER**
___

THIS MATTER having come before the Court on the Stipulation for Dismissal of the Cross-Claim of Defendant Union Pacific Railroad Company Against Defendant Patterson-UTI Drilling Company, LLC and Defendant Lenny Zeschin (Doc 46 - filed February 9, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that Defendant Union Pacific Railroad Company's Cross-Claim against Defendants Patterson-UTI Drilling Company, LLC and Lenny Zeschin is hereby **DISMISSED WITH PREJUDICE**, each party to pay their own fees and costs.

                              BY THE COURT:

                              *s/Lewis T. Babcock*
                              Lewis T. Babcock, Judge

DATED: February 10, 2009