**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00249-LTB-KLM

ROGER SEALY and
JACQUELYN SEALY, individually and as husband and wife,

      Plaintiffs,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation;

      Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 47 - filed February 10, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED: February 11, 2009